**FILED**

01/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0579

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 22-0579

JOSEPH E. LAWRENCE,

    Plaintiff and Appellant,

v.

LARRY PASHA, et. al.,

    Defendants and Appellees.

## ORDER

Upon consideration of Appellees' motion for a 60-day extension of time, and good cause appearing, Appellees are granted an extension of time to and including March 13, 2023, within which to prepare, serve, and file their response.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2023